UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-16187 |
| | ) | |
| MARGARET KELLER | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| | ) | JUDGE: MORGENSTERN-CLARREN |
| Debtor(s) | ) | |

**REQUEST FOR NOTICE TO CREDITORS**

To the Clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to creditors to file claims.

Date: DECEMBER 8, 2015                              /S/ ALAN J. TREINISH

                                                                    ALAN J. TREINISH, Trustee